302 U.S. 761
 58 S.Ct. 368
 82 L.Ed. 590
 Roland H. WEIR, petitioner,
v.
The UNITED STATES of America.*
 No. 585.
 Supreme Court of the United States
 December 20, 1937
 
 Mr. U. S. Lesh, of Indianapolis, Ind., for petitioner.
 
 
 1
 For opinion below, see 92 F.2d 634.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 781, 58 S.Ct. 479, 82 L.Ed. ——.